MOTION. *Stephenson's adm'r. &c vs Barnett &c*

Case 6.            Error to the Madison Circuit; GEORGE SHANNON, Judge.

                   *Constitutional law.  Obligation of  Contracts.*

April 18.          Judge OWSLEY delivered the Opinion of the Court.

Case stated.            THE administrator of Stevenson brought
                   an action at law, against David McAlexander and
                   Wm. Barnett, on a note executed by them to the in-
                   testate, the twenty-seventh of April, 1816, for two
                   hundred and sixty-four dollars thirty-two cents, pay-
                   able twelve months after date, with interest from the
                   date.   Judgment was recovered by the administra-
                   trix for the amount of the note, with interest and
                   cost, against McAlexander and Barnett, and on the
                   24th of July, 1826, thereafter, an execution was is-
                   sued against their estate, for the amount of the judg-
                   ment.   The execution was levied on the estate of
                   the defendant, Wm. Barnett, and on the 5th of Sep-
                   tember, 1826, he, together with Joseph Barnett, re-
                   plevied the debt, by executing bond for the pay-
                   ment of the amount, and interest, within three
                   months.

                        The Barnetts, by whom the bond was executed,
                   afterwards moved the circuit court of Madison
                   county to quash the bond, and the court being of
                   opinion, that instead of being payable within three
                   months, the bond ought to have been made payable
                   within two years, quashing the bond.

                        The cases of Blair &c. vs. Williams, and Lapsley
Acts allowing      vs. Brashear &c. 4 Littell's Reports, are decisive
a replevin of      against the circuit court, and the principle adjudg-
two years un-      ed in these cases is still approved.
constitution-
al as to con-           A majority of the court, the Chief Justice dissent-
tracts made        ing, are, therefore, of opinion that the judgment of
before the en-
actment, ac-       the circuit court quashing the bond, must be revers-
cording to         ed, with cost, the cause remanded to the circuit
Lapsley and        court, and the motion of the defendants in error o-
Brashear, &        verruled, with cost.
Blair and
Williams.               *Turner,* for plaintiff; *Breck,* for defendants.

Chief Justice
dissenting.